IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                                       CR 21-524 KWR

vs.

JORGE DOMINGUEZ,
      Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING

      JORGE DOMINGUEZ, by and through undersigned counsel, moves this Court for an order continuing the current date for sentencing in this matter, currently set for March 21, 2023. In support Mr. Dominguez states:

1. On October 14, 2022, Mr. Dominguez entered a plea to resolve this matter [*see* Doc 164]. This case is now set for sentencing on March 21, 2023.

2. Counsel is in the process of gathering information that could be relevant to Mr. Dominguez's sentencing.

3. Mr. Dominguez asks the Court for a 90-day continuance of this sentencing date to prove sufficient time for these tasks to be completed.

4. AUSA Nicholas Marshall does not oppose the relief requested herein.

    WHEREFORE, Mr. Dominguez, by and through undersigned counsel, respectfully requests that this Court issue an order continuing the March 21, 2023, sentencing date in this matter for a period of at least 90 days or to the convenience of the Court.

Respectfully Submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Carey C. Bhalla*
CAREY C. BHALLA
500 4th Street, NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 - office
(505) 242-7845 - fax
cbhalla@rothsteinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the March 15, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nicholas Marshall, *Assistant United States Attorney* E-Mail: nicholas.marshall@usdoj.gov

*/s/ Carey C. Bhalla*

Case 1:21-cr-00524-MLG   Document 214   Filed 03/15/23   Page 3 of 4