5-1C

# INCIDENT STATEMENT

| Facility | Cibola County Correctional Center | Incident Number | 2023-0504-139-IC |
|---|---|---|---|

| Incident Date | August 1, 2023 | Incident Time (HRS) | 1430 Hours |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| M. Ashley | 40486156 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On August 1, 2023 at approximately 1430 hours I, Senior Detention Officer M. Ashley assisted Captain Bitsoi to talk to 700 Bravo due to USMS inmates acting out and throwing a piece of the mop bucket at the window of control. As we go to the door of 700 Bravo Captain Bitsoi was talking the USMS inmates and giving verbal directives to lock down. USMS inmate Armenta, Francisco # 7804 was telling Captain Bitsoi that he was not going to lock down and that he was ready for whatever. Captain Bitsoi then give USMS Armenta the same verbal directives to lock down and sprayed USMS Armenta and that is when USMS inmate Mariscal- Lopez, Luis # 8019 run up on Captain Bitsoi. That is when I sprayed USMS inmate Mariscal- Lopez. Captain Bitsoi Sprayed USMS inmate Mariscal- Lopez. USMS inmate Mariscal- Lopez then proceed to strike Captain Bitsoi with a closed fist approximately four times. USMS inmate Mariscal- Lopez was assisted to the floor by Captain Bitsoi. USMS inmate Armanta then proceeds to walk up to Captain Bitsoi and trys to wrestle with Captain Bitsoi. I, Senior Detention Officer Ashley was giving USMS inmate Mariscal- Lopez to put his hands behind his back. Captain Bitsoi was assisting USMS inmate Armenta to the floor during that time USMS Mariscal- Lopez then tried to grab Captain Bitsoi from behind and I SD/O Ashley sprayed him again while giving my verbal directives put his hands behind his back. USMS inmates Armenta and Mariscal- Lopez were both secured in hand cuffs. I SD/O Ashley escorted USMS inmate Mariscal- Lopez to Medical for decontamination and get a medical evaluation. I SD/O Ashley assisted Mariscal- Lopez to the eye wash station where he made a comment that he would have stabbed Captain Bitsoi insisted of hitting him because he is already a lifer. I SD/O Ashley passed that comment down to SD/O King. I SD/O Ashley assisted Medical Officer Gambrell on escorting USMS inmate Armenta to Intake for scanning after his medical evaluation and escorted him to 500 Charlie without incident. I SD/O Ashley was evaluated by medical and cleared to return to shift with no injuries. End of Statement.

| Did you receive any injuries?  YES or NO  (If YES, Explain Below) | |
|---|---|
| | |

| Were you evaluated by medical?  YES or NO | |
|---|---|

| Printed Name: | M. Ashley | | | |
|---|---|---|---|---|
| Signature: | *[signature]* | | Date: | 08/01/2023 |
| Typed By: | | | Date: | |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | |
|---|---|
| Inmate/Resident refused to complete this 5-1C | |
| Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic

US v. Jose Rodriguez et al._008616